1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JASON E. PELLUM, SR.,                          No.  2:15-cv-1684 DAD P

12               Plaintiff,

13        v.                                        ORDER

14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
15   REHABILITATION, et al.,

16               Defendants.

17

18        Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to

19   42 U.S.C. § 1983 challenging his arrest by state parole agents, together with a request to proceed

20   in forma pauperis.  In his complaint, plaintiff alleges violations of his civil rights by defendants.

21   The alleged violations, however,  took place in Fresno County, which is part of the Fresno

22   Division of the United States District Court for the Eastern District of California.  See Local Rule

23   120(d).

24        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

25   division of a court may, on the court's own motion, be transferred to the proper division of the

26   court.  Therefore, this action will be transferred to the Fresno Division of the court.  In light of

27   1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in

28   forma pauperis.

1

1      Good cause appearing, IT IS HEREBY ORDERED that:

2          1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

3          2.  This action is transferred to the United States District Court for the Eastern District of

4   California sitting in Fresno; and

5          3.  All future filings shall reference the new Fresno case number assigned and shall be

6   filed at:

7                       United States District Court
                        Eastern District of California
                        2500 Tulare Street
8                       Fresno, CA 93721

9

10  Dated:  August 17, 2015

11

12                                          _____
                                            DALE A. DROZD
13                                          UNITED STATES MAGISTRATE JUDGE

14  DAD:9:md
    pell1684.22
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            2